**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                    Plaintiff,

- against -

INTERACTIVE BROKERS LLC,

                    Defendants.
------------------------------------------------------------X

Case No.   1:20-cv-2724-NGG-SJB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Interactive Brokers LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
       December 28, 2020

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _/s/Dan Shaked_____
  Dan Shaked (DS-3331)
  14 Harwood Court, Suite 415
  Scarsdale, NY 10583
  Tel. (917) 373-9128
  Fax (718) 704-7555
  e-mail: ShakedLawGroup@Gmail.com

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** January 4, 2021